IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JULLIAN BRENDA WARD PRESSLEY,

     Appellant,

 v.                                                                    Case No.  5D16-531

WELLS FARGO BANK, N.A.,

     Appellee.

_____/

Opinion filed June 21, 2016

Appeal from the Circuit Court
for Brevard County,
Lisa Davidson, Judge.

Jullian Brenda Ward Pressley, Cocoa, pro
se.

Kimberly S. Mello and Robert Schneider,
of Greenberg Traurig, P.A., Tampa, and
Michele L. Stocker, of Greenberg Traurig,
P.A., Ft. Lauderdale, for Appellee.


PER CURIAM.



     AFFIRMED.  See Fla. R. App. P. 9.315(a).



SAWAYA, EVANDER, and LAMBERT, J.J., concur.